UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JONNY YANDUN,

                       Plaintiff,

        v.

The Honorable MARKWAYNE MULLIN,
Secretary of the U.S. Department of Homeland
Security in his Official Capacity; The
Honorable JOSEPH B. EDLOW, Director of
the U.S. Citizenship and Immigration Services
in her Official Capacity; The Honorable
BRIAN J. MEIER, Director of the Queens
Field Office of U.S. Citizenship and
Immigration Services in his Official Capacity;
The Honorable TODD BLANCHE, The Acting
United States Attorney General in his Official
Capacity, [1]

                    Defendants.

-------------------------------------------------------------------x

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-0820

(Vitaliano, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
      May 4ᵗʰ, 2026

KING L. WU & ASSOCIATES, P.C.
*Counsel for Plaintiff*
38-08 Union Street
Suite 10F
Flushing, New York 11354

By:

King L. Wu, Esq.
(718) 888-0618
kelvin@wuesq.com

---

[1]    Under Fed. R. Civ. P. 25(d), the successor of a party who is a public official is automatically substituted as the party to the suit, therefore, DHS Secretary Mullin has been substituted for DHS Secretary Noem and Acting U.S. Attorney General Blanche has been substituted for U.S. Attorney General Bondi.

Dated: Brooklyn, New York
     May 4, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: _____
     David A. Cooper
     Assistant U.S. Attorney
     (718) 254-6228
     david.cooper4@usdoj.gov

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 05/04/2026

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**